B1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>**Southern District of Ohio** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Miller, B. Elise** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Barbara Elise Miller; FKA Elise Miller Karpf; AKA B.**<br>**E. Miller** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2975** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2171 Forest Hill Drive**<br>**Coshocton, OH**<br><br>ZIP Code **43812** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Coshocton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Miller, B. Elise** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Pharmaceutical Alternatives Inc.** | Case Number: **08-60905** | Date Filed: **11/05/07** |
|---|---|---|
| District: **Southern District of Ohio Eastern Division** | Relationship: **B. Elise Miller is the owner** | Judge: **C. Kathryn Preston** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Miller, B. Elise** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ B. Elise Miller**
 _____
 Signature of Debtor   **B. Elise Miller**

X _____
 Signature of Joint Debtor

 _____
 Telephone Number (If not represented by attorney)

 **November  5, 2008**
 _____
 Date

### Signature of Attorney*

X **/s/ David M. Whittaker Esq.**
 _____
 Signature of Attorney for Debtor(s)

 **David M. Whittaker Esq. 0019307**
 _____
 Printed Name of Attorney for Debtor(s)

 **Bricker & Eckler LLP**
 _____
 Firm Name
 **100 South Third Street**
 **Columbus, OH 43215**

 _____
 Address

            **Email: dwhittaker@bricker.com**
 **614-227-2355  Fax: 614-227-2390**
 _____
 Telephone Number
 **November  5, 2008**
 _____
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual

 _____
 Printed Name of Authorized Individual

 _____
 Title of Authorized Individual

 _____
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

 _____
 Printed Name of Foreign Representative

 _____
 Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 _____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

 _____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

 _____

 _____
 Address

X _____

 _____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **B. Elise Miller** _____    Case No. _____
                                                  Debtor(s)

## FORM 1. VOLUNTARY PETITION
### Attachment A

**The Debtor is the 100% shareholder of the following companies:**


**1.  Pharmaceutical Alternatives Inc.**

**dba Three Rivers Infusion and Pharmacy Specialists**

**dba Three Rivers Option Care**

**dba Midwest Infusion Services**

**fdba Holzier Infusion Services**


**2.  Renovated Investments Inc.**

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
### Southern District of Ohio

In re    **B. Elise Miller**                                                    Case No. _____

                              Debtor(s)          Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

    **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ B. Elise Miller**
                              **B. Elise Miller**
Date:  **November 5, 2008**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **B. Elise Miller**                                                                    Case No.

                                        Debtor(s)              Chapter        **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital Wholesale Drug Company**<br>**873 Williams Avenue**<br>**Columbus, OH 43212** | **Capital Wholesale Drug Company**<br>**873 Williams Avenue**<br>**Columbus, OH 43212**<br>**614-297-8225** | **Location: 2171 Forest Hill Drive, Coshocton OH this obligation is joint with Pharmaceutical Alternatives Inc. and this debt is also secured by a lien** | **Disputed** | **500,000.00**<br>**(195,000.00 secured)**<br>**(2,691,843.00 senior lien)** |
| **Cardinal Health 113 LLC**<br>**Attn. Debra A. Willet Esq.**<br>**VP and Associate General Counsel**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** | **Debra A Willet Esq.**<br>**Cardinal Health 113 LLC**<br>**Attn. Debra A. Willet Esq.**<br>**VP and Associate General Counsel**<br>**Dublin, OH 43017**<br>**614-757-3142** | **Location: 2171 Forest Hill Drive, Coshocton OH This debt is for the guaranty of an obligation of Pharmaceutical Alternatives Inc. and is also secured** | | **2,543,843.00**<br>**(195,000.00 secured)**<br>**(148,000.00 senior lien)** |
| **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Hillcrest Dr. Coshocton OH - vacant lot less than 1 acre** | | **981,000.00**<br><br>**(10,000.00 secured)** |
| **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Hillcrest Drive Coshocton OH - vacant land approximately 20.3 acres** | | **981,000.00**<br><br>**(125,000.00 secured)** |
| **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Hillcrest Drive Coshocton OH - vacant lot approximately 23.2 acres** | | **981,000.00**<br><br>**(125,000.00 secured)** |
| **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **1305 Clark Street Cambridge OH** | | **981,000.00**<br><br>**(250,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **B. Elise Miller**                                                     Case No.   _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **331 Main Street**<br>**Coshocton OH** | | 981,000.00<br><br>(600,000.00 secured) |
| **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | **Merrill Lynch investment account - pledged to Century National Bank** | | 981,000.00<br><br>(566,984.00 secured) |
| **Citi Cards**<br>**PO Box 183068**<br>**Columbus, OH 43218-3068** | **Citi Cards**<br>**PO Box 183068**<br>**Columbus, OH 43218-3068**<br>**1-800-950-1114** | **Credit card purchases** | | 2,038.03 |
| **H. D. Smith Wholesale Drug Co.**<br>**PO Box 660277**<br>**Indianapolis, IN 46266-0277** | **H. D. Smith Wholesale Drug Co.**<br>**PO Box 660277**<br>**Indianapolis, IN 46266-0277**<br>**502-491-0593** | **This is an obligation of Pharmaceutical Alternatives Inc. and this creditor may have obtained a guaranty from debtor. This debt is disputed for now, b** | **Disputed** | 5,279,087.23 |
| **Home Loan Savings Bank**<br>**413 West Main Street**<br>**Coshocton, OH 43812** | **Home Loan Savings Bank**<br>**413 West Main Street**<br>**Coshocton, OH 43812** | **Mortgage loan re1910 Atwood Trail Coshocton OH owned by Cantereberry Meadows LLC** | | 422,000.00 |
| **Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | **Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | **Parking lot on North Third Street Coshocton OH** | | 148,000.00<br><br>(55,000.00 secured) |
| **Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | **Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | **Parking lot on Main Street Coshocton OH** | | 148,000.00<br><br>(55,000.00 secured) |
| **Internal Revenue Service Insolvencies**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **Internal Revenue Service Insolvencies**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **Tax obligations of Pharmaceutical Alternatives Inc. assessed individually against debtor** | | 2,928,107.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **B. Elise Miller**                                                                      Case No. _____
                                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Medical Mutual of Ohio Attn. John Shoemaker 2060 East Ninth Street Cleveland, OH 44115-1355** | **Medical Mutual of Ohio 2060 East Ninth Street Cleveland, OH 44115-1355 216-687-7000** | **Disputed claim asserted by Medical Mutual of Ohio regarding billlings by Pharmaceutical Alternatives Inc. to Medical Mutual of Ohio** | **Contingent Unliquidated Disputed** | **Unknown** |
| **Ohio Heritage Bank 200 Main Street Coshocton, OH 43812** | **Ohio Heritage Bank 200 Main Street Coshocton, OH 43812** | **Secured by mortgage on real property at 248 Main Street Coshocton OH owned by Renovated Investments Inc.** | | **105,000.00** |
| **Option Care Inc. 485 Half Day Road Suite 300 Buffalo Grove, IL 60089** | **Option Care Inc. 485 Half Day Road Suite 300 Buffalo Grove, IL 60089 800-879-8137** | **Guaranty of debt of Pharmaceutical Alternatives Inc. This debt is secured by assets of Pharmaceutical Alternatives Inc.** | | **440,000.00** |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **B. Elise Miller**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November  5, 2008**                         Signature   **/s/ B. Elise Miller**
                                                                                     **B. Elise Miller**
                                                                                     Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re  **B. Elise Miller**                                                            ,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | Judgment Lien Location: 2171 Forest Hill Drive, Coshocton OH this obligation is issued with Pharmaceutical Alternatives Inc. and this debt is also secured by a lien on assets fo that company.  The amount of this calim may be disputed. | | | | | |
| **Capital Wholesale Drug Company 873 Williams Avenue Columbus, OH 43212** | X | - | | | | | | X | | |
| | | | | | Value $                          195,000.00 | | | | 500,000.00 | 500,000.00 |
| Account No. | | | | | Polly J. Harris Esq. Porter Wright Morris & Arthur LLP 41 South High Street Columbus, OH 43215 | | | | | |
| Representing: **Capital Wholesale Drug Company** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | March 2006-November 2007 Second Mortgage Location: 2171 Forest Hill Drive, Coshocton OH  This debt is for the guaranty of an obligation of Pharmaceutical Alternatives Inc. and is also secured by a blanket lien on most assets of that company | | | | | |
| **Cardinal Health 113 LLC Attn. Debra A. Willet Esq. VP and Associate General Counsel 7000 Cardinal Place Dublin, OH 43017** | X | - | | | | | | | | |
| | | | | | Value $                          195,000.00 | | | | 2,543,843.00 | 2,496,843.00 |
| Account No. | | | | | Sherri B. Lazear Esq. Baker & Hostetler LLP 65 East State Street Suite 2100 Columbus, OH 43215 | | | | | |
| Representing: **Cardinal Health 113 LLC** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| __3__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 3,043,843.00 | 2,996,843.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **B. Elise Miller** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No.<br><br>**Century National Bank 505 Market Street Zanesville, OH 43701** | - | | | | **First Mortgage**<br><br>**1305 Clark Street Cambridge OH**<br><br>Value $        **250,000.00** | | | | **981,000.00** | **731,000.00** |
| Account No.<br><br>**Century National Bank 505 Market Street Zanesville, OH 43701** | - | | | | **First Mortgage - same debt as secured by Clark St. property**<br><br>**Hillcrest Dr. Coshocton OH - vacant lot less than 1 acre**<br><br>Value $        **10,000.00** | | | | **981,000.00** | **971,000.00** |
| Account No.<br><br>**Century National Bank 505 Market Street Zanesville, OH 43701** | - | | | | **First Mortgage - same debt as secured by Clark St. property**<br><br>**Hillcrest Drive Coshocton OH - vacant lot approximately 23.2 acres**<br><br>Value $        **125,000.00** | | | | **981,000.00** | **856,000.00** |
| Account No.<br><br>**Century National Bank 505 Market Street Zanesville, OH 43701** | - | | | | **First Mortgage - same debt as secured by Clark St. property**<br><br>**Hillcrest Drive Coshocton OH - vacant land approximately 20.3 acres**<br><br>Value $        **125,000.00** | | | | **981,000.00** | **856,000.00** |
| Account No.<br><br>**Century National Bank 505 Market Street Zanesville, OH 43701** | - | | | | **Second Mortgage - same debt as secured by Clark Street property**<br><br>**331 Main Street Coshocton OH**<br><br>Value $        **600,000.00** | | | | **981,000.00** | **688,651.00** |
| Sheet   **1**   of   **3**   continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | Subtotal<br>(Total of this page) | | | | **4,905,000.00** | **4,102,651.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                  Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **B. Elise Miller**                                                                      ,     Case No. _____
                                             Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Century National Bank**<br>**505 Market Street**<br>**Zanesville, OH 43701** | | - | **Non-Purchase Money Security - same debt as secured by Clark St. property**<br><br>**Merrill Lynch investment account - pledged to Century National Bank**<br><br>Value $           **566,984.00** | | | | **981,000.00** | **414,016.00** |
| Account No.<br><br>**Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | X | - | **First Mortgage**<br>**Location: 2171 Forest Hill Drive, Coshocton OH This obligation is for the personal guaranty by debtor of a business obligation of Pharmaceutical Alternatives Inc. This obligation is also secured by a blanket lien on most of the business ass**<br>Value $           **195,000.00** | | | | **148,000.00** | **0.00** |
| Account No.<br><br>**Representing:**<br>**Huntington National Bank** | | | **Brent Stubbins Esq.**<br>**Stubbins Watson & Erhard Co. LPA**<br>**PO Box 488**<br>**Zanesville, OH 43702-0488**<br><br>Value $ | | | | | |
| Account No.<br><br>**Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | | - | **First Mortgage - same debt as secured by Forest Hill Dr. property**<br><br>**238 Main Street Coshocton OH**<br><br>Value $           **300,000.00** | | | | **148,000.00** | **0.00** |
| Account No.<br><br>**Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | | - | **First Mortgage - same debt as secured by Forest Hill Dr. property**<br><br>**Parking lot on Main Street Coshocton OH**<br><br>Value $            **55,000.00** | | | | **148,000.00** | **93,000.00** |

Sheet __2__ of __3__ continuation sheets attached to              Subtotal                    **1,425,000.00**   **507,016.00**
Schedule of Creditors Holding Secured Claims                    (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **B. Elise Miller**
_____,    Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** | | - | **First Mortgage - same debt as secured by Forest Hill Dr. property**<br><br>**Parking lot on North Third Street Coshocton OH**<br><br>Value $　　　　　　**55,000.00** | | | | 148,000.00 | 93,000.00 |
| Account No.<br><br>**Ohio Heritage Bank**<br>**200 Main Street**<br>**Coshocton, OH 43812** | | - | **First Mortgage**<br><br>**331 Main Street Coshocton OH**<br><br>Value $　　　　　　**600,000.00** | | | | 307,651.00 | 0.00 |
| Account No.<br><br>**Sconset Resources Corporation**<br>**410 17th Street**<br>**Suite 2400**<br>**Denver, CO 80202** | | - | **First Mortgage**<br><br>**7952 East Kenyon Drive Denver CO**<br><br>Value $　　　　　　**229,000.00** | | | | 160,000.00 | 0.00 |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 615,651.00 | 93,000.00 |
| Total<br>(Report on Summary of Schedules) | 9,989,494.00 | 7,699,510.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **B. Elise Miller**                                                                              Case No. _____
                                                                          ,
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____**1**____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **B. Elise Miller**                                                                    ,      Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2004, 2005 2007 and 2008 | | | | | | |
| **Internal Revenue Service Insolvencies PO Box 21126 Philadelphia, PA 19114** | - | | **Tax obligations of Pharmaceutical Alternatives Inc. assessed individually against debtor** | | | | | Unknown | |
| | | | | | | | 2,928,107.00 | | Unknown |
| Account No. | | | | | | | | | |
| **Representing: Internal Revenue Service** | | | **Internal Revenue Service Attn. Jeffery A. Johnson 200 North High Street Room 425 Columbus, OH 43215** | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to | Subtotal | 0.00 | |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 2,928,107.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 2,928,107.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **B. Elise Miller**                                                                ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 3751<br><br>Citi Cards<br>PO Box 183068<br>Columbus, OH 43218-3068 | - | | | Credit card purchases | | | | 2,038.03 |
| Account No.<br><br>H. D. Smith Wholesale Drug Co.<br>PO Box 660277<br>Indianapolis, IN 46266-0277 | - | | | This is an obligation of Pharmaceutical Alternatives Inc. and this creditor may have obtained a guaranty from debtor. This debt is disputed for now, but that may change once debtor has reviewed all relevant documents. | | | X | 5,279,087.23 |
| Account No.<br><br>Home Loan Savings Bank<br>413 West Main Street<br>Coshocton, OH 43812 | - | | | August 2005<br>Mortgage loan re1910 Atwood Trail Coshocton OH owned by Cantererberry Meadows LLC | | | | 422,000.00 |
| Account No.<br><br>Medical Mutual of Ohio<br>Attn. John Shoemaker<br>2060 East Ninth Street<br>Cleveland, OH 44115-1355 | - | | | Disputed claim asserted by Medical Mutual of Ohio regarding billlings by Pharmaceutical Alternatives Inc. to Medical Mutual of Ohio | X | X | X | Unknown |

|  |  |
|---|---|
| _1_ continuation sheets attached | Subtotal (Total of this page)    **5,703,125.26** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. Elise Miller**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **Representing: Medical Mutual of Ohio** | | | | David J. Wigham Esq. Critchfield Critchfield & Johnston Ltd. 225 North Market Street Wooster, OH 44691 | | | | |
| Account No. **Ohio Heritage Bank 200 Main Street Coshocton, OH 43812** | | - | | Secured by mortgage on real property at 248 Main Street Coshocton OH owned by Renovated Investments Inc. | | | | 105,000.00 |
| Account No. **Option Care Inc. 485 Half Day Road Suite 300 Buffalo Grove, IL 60089** | X | - | | October 2005 Guaranty of debt of Pharmaceutical Alternatives Inc. This debt is secured by assets of Pharmaceutical Alternatives Inc. | | | | 440,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 545,000.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 6,248,125.26 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **B. Elise Miller**                                                                ,    Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pharmaceutical Alternatives Inc.**<br>**238 Main Street**<br>**Coshocton, OH 43812** | **Lease between the debtor and Pharmaceutical Alternatives Inc. regarding the real property at 238 Main Street Coshocton OH.  The lease is dated January 2008 and is for a term of 5 years with monthly rent of $10,000 payable to the debtor.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re **B. Elise Miller** _____, Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pharmaceutical Alternatives Inc.**<br>**238 Main Street**<br>**Coshocton, OH 43812** | **Huntington National Bank**<br>**422 West Main Street**<br>**Zanesville, OH 43702** |
| **Pharmaceutical Alternatives Inc.**<br>**238 Main Street**<br>**Coshocton, OH 43812** | **Cardinal Health 113 LLC**<br>**Attn. Debra A. Willet Esq.**<br>**VP and Associate General Counsel**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** |
| **Pharmaceutical Alternatives Inc.**<br>**238 Main Street**<br>**Coshocton, OH 43812** | **Capital Wholesale Drug Company**<br>**873 Williams Avenue**<br>**Columbus, OH 43212** |
| **Pharmaceutical Alternatives Inc.**<br>**238 Main Street**<br>**Coshocton, OH 43812** | **Option Care Inc.**<br>**485 Half Day Road**<br>**Suite 300**<br>**Buffalo Grove, IL 60089** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **B. Elise Miller**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**20**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November  5, 2008**

Signature    **/s/ B. Elise Miller**

**B. Elise Miller**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Brent Stubbins Esq.
Stubbins Watson & Erhard Co. LPA
PO Box 488
Zanesville, OH 43702-0488


Capital Wholesale Drug Company
873 Williams Avenue
Columbus, OH 43212


Cardinal Health 113 LLC
Attn. Debra A. Willet Esq.
VP and Associate General Counsel
7000 Cardinal Place
Dublin, OH 43017


Century National Bank
505 Market Street
Zanesville, OH 43701


Citi Cards
PO Box 183068
Columbus, OH 43218-3068


David J. Wigham Esq.
Critchfield Critchfield & Johnston Ltd.
225 North Market Street
Wooster, OH 44691


H. D. Smith Wholesale Drug Co.
PO Box 660277
Indianapolis, IN 46266-0277


Home Loan Savings Bank
413 West Main Street
Coshocton, OH 43812


Huntington National Bank
422 West Main Street
Zanesville, OH 43702


Internal Revenue Service
Insolvencies
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn. Jeffery A. Johnson
200 North High Street
Room 425
Columbus, OH 43215


Medical Mutual of Ohio
Attn. John Shoemaker
2060 East Ninth Street
Cleveland, OH 44115-1355


Ohio Heritage Bank
200 Main Street
Coshocton, OH 43812


Option Care Inc.
485 Half Day Road
Suite 300
Buffalo Grove, IL 60089


Pharmaceutical Alternatives Inc.
238 Main Street
Coshocton, OH 43812


Polly J. Harris Esq.
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, OH 43215


Sconset Resources Corporation
410 17th Street
Suite 2400
Denver, CO 80202


Sherri B. Lazear Esq.
Baker & Hostetler LLP
65 East State Street Suite 2100
Columbus, OH 43215